IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    Case No. 3:13-CR-30004

KENNETH W. SEWELL                                                                          DEFENDANT

## **ORDER**

A sealed order was entered in this case on January 7, 2014, directing that a warrant be issued for Defendant Kenneth W. Sewell's arrest based on information received from the United States Probation Office that Defendant might be a danger to himself or others.

Defendant was otherwise due to self-report for service of his sentence in this case by January 8, 2014 at noon.

Defendant was taken into custody of the United States Marshals Service on the arrest warrant. Because Defendant's date to self-report for service of his sentence has passed, the Court finds that no further action is required on Probation's petition to revoke Defendant's bond.

Instead, IT IS ORDERED that Defendant Kenneth W. Sewell is remanded to the United States Marshals Service to commence service of his sentence in this case.

The Clerk is directed to provide a certified copy of this Order to the U.S. Marshals Service.

IT IS SO ORDERED this 9th day of January, 2014

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE